IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKEY CRITTENDON, #135565, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:03cv933-A |
| | ) |
| NAPHCARE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

This § 1983 action seeking injunctive relief and damages for complaints of inadequate medical care is before the court on the Recommendation of the Magistrate Judge (Doc. #24) entered on November 10, 2005, and the Objection (Doc. #25), filed by the Plaintiff on November 23, 2005.  After an independent evaluation and *de novo* review of the entire file in this case, the court finds the objection to be without merit.

Plaintiff does not dispute that he has receive examinations, evaluations, tests, and medication to treat and monitor his condition.  He feels, however, that the symptoms caused by the hernia (chest pain, acid reflux) entitle him to an operation to repair it.  Plaintiff's complaints of chest pain are monitored via EKGs and all have reflected normal sinus rhythm.  Medication is provided to help alleviate his acid reflux.  As noted in the Recommendation, "[w]ithout any medical evidence of inadequate treatment, a prisoner's self-serving opinion of the quality and course of treatment received is insufficient to raise a genuine issue of material fact."

The record in this case reflects that Plaintiff's health concerns are routinely monitored and assessed by medical personnel. The Recommendation details the care he has received for his medical complaints related to his hernia.

The court agrees with the Magistrate Judge's analysis and conclusions. Accordingly, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. Defendants' Motions for Summary Judgment (Docs. #9 and 11) are GRANTED.

2. Final Judgment will be entered in favor of the Defendants and this case dismissed with prejudice.

3. Costs are taxed against the Plaintiff.

DONE this 14th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE